## VICTOR JOSE VELASCO *v.* COMMISSIONER OF CORRECTION

The petitioner Victor Jose Velasco's petition for certification for appeal from the Appellate Court, 119 Conn. App. 164 (AC 30405/AC 30814), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

Decided May 20, 2010

## AMI LACHOWICZ *v.* MATTHEW RUGENS

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 866 (AC 30574), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Laura Ondrush,* in support of the petition.

*Peter D. Clark,* in opposition.